UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMPSON DENSMORE ST PIERRE,<br><br>Defendant. | Case No. CR-18-36-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before the undersigned pursuant to

Fed. R. Crim. P. 11 and has entered a plea of guilty to the charge of Escape in

violation of 18 U.S.C. § 751(a), as set forth in the Indictment.  After examining the

Defendant under oath, I have made the following determinations:

1.  That the Defendant is fully competent and capable of entering an

informed and voluntary plea,

2.  That the Defendant is aware of the nature of the charge against him and

consequences of pleading guilty to the charge,

3.  That the Defendant fully understands his constitutional rights, and the

extent to which he is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

Therefore, I recommend that the Defendant be adjudged guilty of Count I of the Indictment and that sentence be imposed. A presentence report has been ordered.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the presentence report.**

DATED this 14th day of August, 2018.

John Johnston
United States Magistrate Judge