# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> THOMPSON DENSMORE ST PIERRE, <br><br> Defendant. | CR-18-36-GF-BMM <br><br><br> **ORDER** |

Defendant Thompson Densmore St. Pierre appeared before United States Magistrate Judge John Johnston on August 14, 2018, and entered a plea of guilty to Escape as charged in the Indictment. Judge Johnston entered Findings and Recommendations on August 14, 2018. (Doc. 23). Judge Johnston determined: (1) that St. Pierre was fully competent and capable of entering an informed and voluntary plea; (2) that St. Pierre was aware of the nature of the charge against him and the consequences of pleading guilty to the charge; (3) that St. Pierre understood his constitutional rights, and the extent to which he was waving those rights by pleading guilty; and (4) that St. Pierre's plea of guilty was a knowing and voluntary plea supported by an independent basis in fact establishing each of the

essential elements of the offense charged in the Indictment. (Doc. 23 at 1-2). Judge Johnston recommended that this Court accept St. Peirre's plea of guilty to Escape as charged in the Indictment. (Doc. 23 at 2). Neither party filed objections to Judge Johnston's Findings and Recommendations.

The Court has reviewed Judge Johnston's Findings and Recommendations for clear error given that no objections were filed. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations, and adopts them in full.

Accordingly, **IT IS ORDERED**:

St. Pierre's Motion to Change Plea (Doc. 18) is **GRANTED**.

**DATED** this 12th day of September, 2018.

Brian Morris
United States District Court Judge